UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO. 3:02CR366(CFD) |
| ADOLFO PAULINO | : | JUNE 7, 2005 |

**MOTION FOR CONTINUANCE
OF SENTENCING**

The defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully requests that this Court continue sentencing. Sentencing is presently scheduled for June 23, 2005, and the defendant respectfully requests that sentencing in his case be continued until on or about July 8, 2005. In support of this Motion, the defendant states the following grounds:

(1) Sentencing is presently scheduled for June 23, 2005.

(2) The undersigned counsel, who is an active reservist in the United States Navy, anticipates that he will on military orders the week of June 20th, performing annual training in Washington, D.C. Although counsel does not currently have orders in hand, he expects to receive his orders by June 10, 2005

(3) Accordingly, counsel respectfully asserts that good cause exists to continue sentencing in this matter.

(4) Assistant United States Attorney James Filan has advised counsel that he has no objection to this Motion for Continuance of Sentencing.

(5) Counsel has mailed a Waiver of Speedy Sentencing form to Mr. Paulino for his signature, and will forward the document upon receipt.

                                          Respectfully submitted,

                                          THE DEFENDANT,
                                          ADOLFO PAULINO

                                          /s/

Dated:  June 7, 2005

                                          Thomas P. Belsky
                                          Asst. Federal Defender
                                          2 Whitney Avenue, Suite 300
                                          New Haven, CT  06510
                                          Bar No. ct24770
                                          (203) 498-4200


## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing MOTION FOR CONTINUANCE OF SENTENCING has been mailed to James Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604 on this _____ day of June  2005.


                                          ___/s/_____
                                          Thomas P. Belsky