UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2005 JUN -9 A 11: 22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO. 3:02CR366(CFD) |
| ADOLFO PAULINO | : | JUNE 7, 2005 |

## MOTION FOR CONTINUANCE
## OF SENTENCING

The defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully requests that this Court continue sentencing. Sentencing is presently scheduled for June 23, 2005, and the defendant respectfully requests that sentencing in his case be continued until on or about July 8, 2005. In support of this Motion, the defendant states the following grounds:

(1) Sentencing is presently scheduled for June 23, 2005.

(2) The undersigned counsel, who is an active reservist in the United States Navy, anticipates that he will on military orders the week of June 20th, performing annual training in Washington, D.C. Although counsel does not currently have orders in hand, he expects to receive his orders by June 10, 2005

(3) Accordingly, counsel respectfully asserts that good cause exists to continue sentencing in this matter.

(4) Assistant United States Attorney James Filan has advised counsel that he has no objection to this Motion for Continuance of Sentencing.

(5) Counsel has mailed a Waiver of Speedy Sentencing form to Mr. Paulino for his signature, and will forward the document upon receipt.

2005 JUN 10 P 3: 50
S. DISTRICT COURT
HARTFORD, CT.

*The motion to continue sentencing is GRANTED, absent objection. The Court will notify parties of a new sentencing date. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*06/10/05*