UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIM. NO. 3:02CR366(CFD) |
| : | |
| ADOLFO PAULINO : | JUNE 28, 2005 |
| : | |

### MOTION FOR CONTINUANCE OF SENTENCING

The defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully requests that this Court continue sentencing. Sentencing is presently scheduled for July 8, 2005, and the defendant respectfully requests that sentencing in his case be continued until on or about August 8, 2005. In support of this Motion, the defendant states the following grounds:

(1) Sentencing is presently scheduled for July 8, 2005.

(2) Counsel for Mr. Paulino foresees a dispute in this case over whether Mr. Paulino is eligible for a "safety valve" reduction to his sentence, as well as a mitigating role adjustment. Resolution of these issues not only affects the applicability of a ten year mandatory minimum sentence, but also could result in as much as ten year swing in Mr. Paulino's suggested guideline range. Given all this, counsel for Mr. Paulino anticipates the need to present evidence, possibly expert testimony, to support Mr. Paulino's position.

(3) Due in part to counsel's commitment to duty with the U.S. Navy Reserves the week of June 20th, Mr. Paulino is in need of additional time to prepare for sentencing. Accordingly, Mr. Paulino respectfully requests a one month continuance to fully prepare his sentencing case. Mr. Paulino and his counsel both acknowledge the length of time it has taken to get this case to sentencing, as well as the number of continuances Mr. Paulino has requested. However, Mr. Paulino and counsel respectfully believe that one more continuance is in the interest of justice, and sincerely intend to proceed to sentencing on or about August 8, 2005.

(4) Assistant United States Attorney James Filan has advised counsel that he has no objection to this Motion for Continuance of Sentencing.

(5) Counsel has mailed a Waiver of Speedy Sentencing form to Mr. Paulino for his signature, and will forward the document upon receipt.

Respectfully submitted,

THE DEFENDANT,
ADOLFO PAULINO

Dated: June 28, 2005

*/s/ Thomas P. Belsky*
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR CONTINUANCE OF SENTENCING has been mailed to James Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604 on this 28 day of June 2005.

*/s/ Thomas P. Belsky*
Thomas P. Belsky

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIM. NO. 3:02CR366(CFD) |
| ADOLFO PAULINO | : |

## WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Adolfo Paulino, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from July 8, 2005 until on or after a date in August 8, 2005.

_____     _____
Adolfo Paulino                                      Date

_____     _____
Thomas P. Belsky                                  Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
(203) 498-4200
Bar No. ct24770

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF RIGHT TO SPEEDY SENTENCING has been mailed to James K. Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604 on this _____ day of _____, 2005.

_____
Thomas P. Belsky