UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR366(CFD) |
| ADOLFO PAULINO : | JULY 1, 2005 |

## WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Adolfo Paulino, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from July 8, 2005 until on or after a date in August 8, 2005.

_____          6/29/05
Adolfo Paulino                                          Date

_____          7/1/05
Thomas P. Belsky                                     Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
(203) 498-4200
Bar No. ct24770

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF RIGHT TO SPEEDY SENTENCING has been mailed to James K. Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604 on this _____ day of _____, 2005.

_____
Thomas P. Belsky