UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JUN 30 A 11: 10

UNITED STATES OF AMERICA :
vs. : CRIM. NO. 3:02CR366(CFD)
ADOLFO PAULINO : JUNE 28, 2005

**MOTION FOR CONTINUANCE OF SENTENCING**

The defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully requests that this Court continue sentencing. Sentencing is presently scheduled for July 8, 2005, and the defendant respectfully requests that sentencing in his case be continued until on or about August 8, 2005. In support of this Motion, the defendant states the following grounds:

(1) Sentencing is presently scheduled for July 8, 2005.

(2) Counsel for Mr. Paulino foresees a dispute in this case over whether Mr. Paulino is eligible for a "safety valve" reduction to his sentence, as well as a mitigating role adjustment. Resolution of these issues not only affects the applicability of a ten year mandatory minimum sentence, but also could result in as much as ten year swing in Mr. Paulino's suggested guideline range. Given all this, counsel for Mr. Paulino anticipates the need to present evidence, possibly expert testimony, to support Mr. Paulino's position.

(3) Due in part to counsel's commitment to duty with the U.S. Navy Reserves the week of June 20th, Mr. Paulino is in need of additional time to prepare for sentencing. Accordingly, Mr. Paulino respectfully requests a one month continuance to fully prepare his sentencing case. Mr. Paulino and his counsel both acknowledge the length of time it has taken to get this case to sentencing, as well as the number of continuances Mr. Paulino has requested. However, Mr. Paulino and counsel respectfully believe that one more continuance is in the interest of justice, and sincerely intend to proceed to sentencing on or about August 8, 2005.

(4) Assistant United States Attorney James Filan has advised counsel that he has no objection to this Motion for Continuance of Sentencing.

The motion to continue sentencing is GRANTED, absent objection. The Court will notify parties of a new sentencing date.
So ordered.

Christopher F. Droney
United States District Judge
07/7/05