UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 AUG 10 A 10: 11

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR00366(CFD) |
| ADOLFO PAULINO : | AUGUST 9, 2005 |

### MOTION TO MODIFY TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM

The defendant, through counsel, respectfully requests permission to file the defendant's sentencing memorandum on August 15, 2005. In support of this motion, counsel states the following:

(1) Sentencing in this case is currently scheduled for August 19, 2005.

(2) Counsel is currently completing an appellate brief due August 15, 2005, in the United States court of Appeals for the Second Circuit. Counsel's other caseload requirements also include the filing of sentencing memoranda in two other cases within the next two weeks. Given these commitments, counsel respectfully requests this Court find good cause pursuant to Rule 32(o) of the Local Rules of Criminal Procedure to allow counsel to file the defendant's sentencing memorandum on August 15, 2005.

(4) Counsel for the government has no objection to this motion, provided that the government be afforded additional time to file their Sentencing Memorandum. Counsel for Mr. Paulino has no objection to this request.

Respectfully submitted,

THE DEFENDANT,
ADOLFO PAULINO

Dated: August 9, 2005

Thomas P. Belsky
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing has been mailed to James Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 9th day of August 2005.

_____
Thomas P. Belsky