```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :     CRIM. NO. 3:02CR366 (CFD)
                             :
v.                           :
                             :
ADOLFO PAULINO               :     OCTOBER 18, 2005
```

**Motion for Extension of Time**

The United States moves, <u>nunc</u> <u>pro</u> <u>tunc</u>, for an extension of time of one day to file the Government's sentencing memorandum in this matter. Good cause exists in that the undersigned had another sentencing memorandum due in a companion case and additional time was needed to finalize both memorandums.

This is the first motion for extension of this deadline. Counsel for the defendant consents to the granting of this motion.

```
                         Respectfully submitted,

                         KEVIN J. O'CONNOR
                         UNITED STATES ATTORNEY

                   By:   ROBERT M. SPECTOR
                         ASSISTANT UNITED STATES ATTORNEY
                         FEDERAL BAR NO. ct18082

                   For:  JAMES K. FILAN, JR.
                         ASSISTANT UNITED STATES ATTORNEY
                         915 LAFAYETTE BOULEVARD
                         BRIDGEPORT, CONNECTICUT 06604
                         (203) 696-3000
                         FEDERAL BAR NO. ct15565
```

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Thomas P. Belsky, Esq.
Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

Dated at Bridgeport, Connecticut this 18th day of October, 2005.

```
                          _____
                    By:   ROBERT M. SPECTOR
                          ASSISTANT UNITED STATES ATTORNEY

                    For:  JAMES K. FILAN, JR.
                          ASSISTANT UNITED STATES ATTORNEY
```