UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:02CR366(CFD) |
| | : | |
| ADOLFO PAULINO | : | FEBRUARY 16, 2006 |
| | : | |

## MOTION FOR CONTINUANCE
## OF SENTENCING

The defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully requests that this Court continue sentencing. Sentencing is presently scheduled for February 28, 2006. In support of this Motion, the defendant states the following grounds:

(1) Sentencing is presently scheduled for February 28, 2006.

(2) Counsel for Mr. Paulino has a previously planned family vacation scheduled for the week of February 26th, for which he has already purchased several non-refundable airline tickets. Accordingly, Counsel respectfully requests a brief continuance, and that sentencing be rescheduled for a date convenient for the Court but after March 6, 2006

(3) Assistant United States Attorney James Filan has advised counsel that he has no objection to this Motion for Continuance of Sentencing.

(4) Counsel has mailed a Waiver of Speedy Sentencing form to Mr. Paulino for his signature, and will forward the document upon receipt.

Respectfully submitted,

THE DEFENDANT,
ADOLFO PAULINO

Dated: February 16, 2006

Thomas P. Belsky
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing MOTION FOR CONTINUANCE OF SENTENCING has been mailed to James Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604 on this 16th day of February 2006.

Thomas P. Belsky

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : 

           vs. :    CRIM. NO.  3:02CR366(CFD)

ADOLPHO PAULINO : 

————————————————— :

## WAIVER OF RIGHT TO SPEEDY SENTENCING

    I, Adolpho Paulino, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from February 28, 2006 until on or after March 6, 2006.

——————————————      ——————————————
Adolpho Paulino                          Date

——————————————      ——————————————
Thomas P. Belsky                        Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
(203) 498-4200
Bar No. ct24770

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY SENTENCING has been mailed to James K. Filan, Assistant United States Attorney, U.S. Attorney's Office, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this ____ day of _____, 2006.

—————————————————————
Thomas P. Belsky