UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIM. NO. 3:02CR366(CFD) |
| ADOLPHO PAULINO | |

### WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Adolpho Paulino, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from February 28, 2006 until on or after March 6, 2006.

_____     2/17/06
Adolpho Paulino                        Date

_____     21 Feb 06
Thomas P. Belsky                      Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
(203) 498-4200
Bar No. ct24770

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY SENTENCING has been mailed to James K. Filan, Assistant United States Attorney, U.S. Attorney's Office, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 20th day of January, 2006.
                                                                                              2/13

_____
Thomas P. Belsky