

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 FEB 21 A II: II

S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA          :

            vs.          :          CRIM. NO. 3:02CR366(CFD)

ADOLFO PAULINO          :          FEBRUARY 16, 2006

_____

## MOTION FOR CONTINUANCE
## OF SENTENCING

    The defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully requests that this Court continue sentencing. Sentencing is presently scheduled for February 28, 2006. In support of this Motion, the defendant states the following grounds:

    (1) Sentencing is presently scheduled for February 28, 2006.

    (2) Counsel for Mr. Paulino has a previously planned family vacation scheduled for the week of February 26th, for which he has already purchased several non-refundable airline tickets. Accordingly, Counsel respectfully requests a brief continuance, and that sentencing be rescheduled for a date convenient for the Court but after March 6, 2006

    (3) Assistant United States Attorney James Filan has advised counsel that he has no objection to this Motion for Continuance of Sentencing.

    (4) Counsel has mailed a Waiver of Speedy Sentencing form to Mr. Paulino for his signature, and will forward the document upon receipt.

                    Respectfully submitted,

                    THE DEFENDANT,
                    ADOLFO PAULINO

Dated:  February 16, 2006

                    Thomas P. Belsky
                    Asst. Federal Defender
                    2 Whitney Avenue, Suite 300
                    New Haven, CT  06510
                    Bar No. ct24770
                    (203) 498-4200

*(left margin, handwritten)* The motion to continue sentencing is GRANTED, absent objection. The Court will notify parties of a new sentencing date.
So ordered.

Christopher F. Droney
United States District Judge
02/__/06