# EXHIBIT C

1

```
 1    UNITED STATES DISTRICT COURT

 2    DISTRICT OF CONNECTICUT

 3

 4    UNITED STATES OF AMERICA,   )
                    Plaintiff,    )         NO: 3:02CR366(CFD)
                                  )
 5    vs.                         )
                                  )
 6    JESUS CONTRERAS,            )         June 15, 2004
                                  )
                    Defendants.   )
 7    _____

 8                    TESTIMONY OF JUAN CASTILLO

 9                         450 Main Street
                         Hartford, Connecticut
10
                     T R I A L   B Y   J U R Y
11
      B E F O R E:
12           THE HONORABLE CHRISTOPHER F. DRONEY, U.S.D.J.

13
      A P P E A R A N C E S:
14
      For the Plaintiff          :    JAMES K. FILAN, JR., AUSA
15                                    ROBERT APPLETON, AUSA
                                      U.S. Attorney's Office
16                                    915 Lafayette Blvd.
                                      Bridgeport, CT 06604
17

18    For the Defendant          :    FRANCIS L. O'RELLY, ESQUIRE
                                      O'Reilly & Shaw, LLC
19                                    87 Ruane Street
                                      Fairfield, CT 06430
20

21

22
      Court Reporter             :    Martha C. Marshall, RMR, CRR
23

24
      Proceedings recorded by mechanical stenography, transcript
25    produced by computer.
```

1  ready at three.  You say yes.  Luciano says:  At two they
2  will be doing a recon in the area but be ready at three.
3       What was your understanding of what they were doing
4  there?
5  A.   They were setting the time for two o'clock for the
6  phone call, and then at 3:00 I should be ready to deliver
7  the vehicle with the cocaine in it.  And his people,
8  Luciano's people, were going to be going to the same area,
9  also checking for any law enforcement surveillance in the
10 area.
11 Q.   Now, were you expecting a phone call from someone
12 connected with Luciano?  Direct your attention to page seven
13 of Government's Exhibit 24, about five speakers down.  My
14 friend will call you.
15 A.   Yes.  He did mention that an individual would call me.
16 And, of course, the code word was going to be El Bigote
17 which means mustache.
18          MR. FILAN:  I'd like your Honor to play the next
19 telephone call on Government's Exhibit 20 which, also, the
20 corresponding transcript is Government's Exhibit 24, page
21 nine.
22          THE COURT:  Go ahead.
23          (Whereupon, the tape was played.)
24 BY MR. FILAN:
25 Q.   Directing your attention to Government's Exhibit 24,

```
 1   page nine.  Who are you speaking with on this phone call?
 2   A.   I'm speaking to Paulino.
 3   Q.   And who do you understand him to be?
 4   A.   He's one of Luciano's workers, one of his associates.
 5   Q.   And where does he say he is?
 6   A.   He's in front of the T.J. Max.
 7   Q.   Now, he says -- does he say who he's with?
 8   A.   He says he's with an associate.
 9   Q.   Directing your attention to the center of the page
10   nine.  Says:  Yes, right beside it.  I'm here with a man
11   whose wearing very popular glasses, walk like, and then
12   unintelligible, UI, a friend of ours also.  When Paulino
13   said a friend of ours also, what did you understand him to
14   mean?
15   A.   That he's also with the organization.
16   Q.   Now, further down you ask him I know, listen, are you
17   ready?  Yes, we're ready.  What were you saying, are you
18   ready to do what?
19   A.   Are you ready to do the transaction, to receive the
20   vehicle with the 120 kilos of cocaine.
21   Q.   Now, the next line down you say:  You didn't bring
22   friends from the other side of the border?  Paulino says:
23   Yes, we have friends.  And you say:  No, but I mean
24   everything is calm, right?  Paulino says:  Yes, everything
25   is calm.
```

1    What was your understanding of that exchange?
2    A.   Well, here again, I'm playing the part of a drug
3    transporter, and I wanted to let them know that I was still
4    worried or concerned that they did not bring any law
5    enforcement surveillance from the New York area.
6    Q.   And where did Paulino say he was?  Directing your
7    attention to Government's Exhibit 24, page 10.
8    A.   He says --
9    Q.   On the top.
10   A.   He says that he's at the store walking outside.
11   Q.   And you ask him -- did he ask you we all ready or say
12   to you we all ready?  I'm looking at the top third of the
13   page.  And you say we're ready.  Paulino says, we're all
14   right.  And then you say you have already made your little
15   runs, didn't bring anything from the other side of the
16   border.  That's good.
17        What did you mean when you said little runs?
18   A.   Little runs is what normally you do before you do a
19   transaction or called heat runs as well.  And they're a
20   series of maneuvers, right-hand turns, left-hand turns,
21   U-turns, to make sure they don't have any surveillance from
22   law enforcement.
23   Q.   And is that what in your understanding from this
24   conversation and your previous conversation with Luciano, is
25   that part of what you understood Luciano to mean by recon?

1   A.   Yes.
2   Q.   And, again, you state: Didn't bring anything from the
3   other side the border, huh, that's good. What did you mean
4   by that?
5   A.   Also, again, making sure they did not bring any law
6   enforcement from the New York area.
7   Q.   Now, a little further down you state: Will you be by
8   yourself? And Paulino says: With the other man. And you
9   say: Which one, same one from yesterday? And Paulino says:
10  No, no, the other man. They sent me his vehicle.
11  Q.   And you said: Who sent you? Paulino says: Oh, the
12  associate to the one you gave him -- you gave him the phone
13  number to. Okay. Okay. Okay. Paulino says: The animal.
14       Did you know who he was referring to when he said the
15  associate, the one you gave him the phone number to?
16  A.   That would be Luciano.
17  Q.   Luciano is the one who -- Luciano would be the one who
18  gave him the phone number, gave the associate the phone
19  number?
20  A.   The phone as well, yes.
21  Q.   Now, on the top of page eleven of Government's Exhibit
22  24, Paulino and you exchange laughter. And Paulino says:
23  We don't screw around, you know.
24       What did you understand him to be saying there?
25  A.   That they were ready. They were -- they weren't --

1  they were being very professional about what they do.
2  Q.    What do you mean professional?
3  A.    Professional in that they weren't a couple of mopes.
4  That they knew what they were doing when it came to this
5  type of transaction.
6  Q.    Now, you ask him: So you will be with the other one,
7  but do I know him already or not? And he says: No, not
8  yet. He's from the same family.
9        What did you understand him to be saying when he said
10 he's from the same family?
11 A.    That he's from the same organization.
12 Q.    Now, you also asked him what -- you also asked him what
13 you were wearing -- what he was wearing, correct?
14 A.    That's correct.
15 Q.    And he told you a soft cap with God Bless America on
16 the cap, is that correct, or towards the bottom of page
17 eleven?
18 A.    That's correct.
19 Q.    Did he also -- did you also understand who else would
20 be there and what that person would be wearing?
21 A.    Yes.
22 Q.    And what's that?
23 A.    That the other subject would have a blue shirt with
24 squares and some pants with black shoes.
25 Q.    And did you, in fact, go and meet two people that were

# EXHIBIT D

## AFFIDAVIT

I, Milda Torres McClain, Interpreter with the Federal Defender's Office for the District of Connecticut acknowledge that I have translated and transcribed a taped telephone call provided by the government to the defendant in this case, Adolfo Paulino. The tape is dated 10/17/01, in which Mr. Paulino is heard speaking with undercover agent Juan Castillo. I have translated the tape to the best of my ability.

I declare under penalty of perjury that the foregoing is true.

Dated this 9th day of January, 2006.

_____
Milda Torres McClain

Transcript of Paulino and UM:

| | |
|---|---|
| UM: | Hey. What happened? |
| Paulino: | Hey, Juan. How are you my brother? |
| UM: | How is it going? |
| Paulino: | Here in T.J. Here in front. |
| UM: | Where? |
| Paulino: | We are going to drink a coffee. |
| UM: | Where? Where? |
| Paulino: | Here in T.J. In front of Wiz, next to it. |
| UM: | Okay. |
| Paulino: | In the mall, yeah. |
| UM: | I don't know where that place is. |
| Paulino: | It's the address that you gave us. |
| UM: | Oh. Yes. Yes. |
| Paulino: | Yeah. There, next to it. |
| UM: | Um. |
| Paulino: | I am here with a man who has some popular glasses, that is with us also. |
| UM: | In T.J. Maxx...In T.J. Maxx. |
| Paulino: | Uh hum. |
| UM: | Oh, and are you ready? |
| Paulino: | Yeah. We are ready. |

| | |
|---|---|
| UM: | Did you bring any friends from the other side? |
| Paulino: | Yeah. I brought a friend because... |
| UM: | No. No. I mean.. I mean...is everything calm, right? |
| Paulino: | Yes, everything is calm. |
| UM: | Okay. Eh. Um. Let's se if we could get together. |
| Paulino: | We'll get together. I'm going to be here in the store, taking a walk. I'm outside already. Okay? We don't need to talk any more. At what time will you come by here? |
| UM: | I will get there around three...no, possibly earlier, eh. We're ready. We're ready. Everything is fine. |
| Paulino: | We are ready, all, uh hum. |
| UM: | Calm. |
| Paulino: | Uh hum. |
| UM: | Have you already walked around and everything is fine, eh? |
| Paulino: | Everything is fine, thank you. |
| UM: | You didn't bring anybody from the other side, right? |
| Paulino: | Uh hum |
| UM: | That's good. |
| Paulino: | Calm, that's good...all calm. |
| UM: | Are you going to be alone? |
| Paulino: | With the other man. |
| UM: | Which one? The same one from yesterday? |
| Paulino: | No. No. Another man, I came...they sent me in his car because he can drive his car. |

UM: Who sent you?

Paulino: Oh, the . . . the. . .the associate that you gave the phone to.

UM: Okay. Okay.

Paulino: The Animal.

UM: Yes. Yes. Yes.

Paulino: Okay.

UM: *laughter*

Paulino: We'll see each other here, you know.

UM: Eh, um. So, you're going to be with the other one? But do I know the other one, yet, or not yet?

Paulino: No. No. You don't know him.

UM: A different one?

Paulino: He's from the same family. . . .from the same family.

UM: Oh, okay. Okay.

Paulino: Yes. Well, I'll see you here then.

UM: Um, what kind of vehicle do you have, so I can find you?

Paulino: You can find me easy because we are.. . we have left it parked . .. We have left it parked right here in the mall, but in the front, away.

UM: Uh hum.

Paulino: It's far. You are going to see me with a cap.

UM: What do you have on? A cap.

Paulino: A black cap that says "God bless you America" with the American flag. And a brown coat. And the man has a checkered blue shirt. *Man speaking in the background.* Okay.

-3-

| | |
|---|---|
| UM: | Um, da da da. Just a moment. |
| Paulino: | Yeah. |
| UM: | You have the black cap. |
| Paulino: | A black cap that says "God bless you America - - God bless America." |
| UM: | And the shirt? |
| Paulino: | The color is brown. |
| UM: | And the other one? |
| Paulino: | The other one has a checkered shirt, blue and he has some pants *unintelligible*. We are going to be together. ***Man speaking in the background about black shoes.*** |
| UM: | And some what pants? |
| Paulino: | Some khakis, khaki color. ***Man speaking in the background - - black shoes.*** And black shoes. I have some jeans and white shoes. ***Man in background sneakers.*** White sneakers. |
| UM: | Okay, we'll meet later. Eh, what number do you have, the same one? |
| Paulino: | The same number, yes. |
| UM: | I'll call you later to tell you that . . |
| Paulino: | He left me the phone. |
| UM: | Okay. Good. I'll call you to tell you that I'm close by. |
| Paulino: | Oh. Perfect. |
| UM: | Okay? |
| Paulino: | Okay. So I'll see you later. |
| UM: | Okay. I'll see you there. |