**Local Criminal Notice of Appeal Form.**

NOTICE OF APPEAL<br>United States District Court

District of <u>Connecticut</u>

U.S.A.

v.

PAULINO

Docket No.: <u>3:02CR366(CFD)</u>
Hon. <u>Christopher F. Droney</u>
(District Court Judge)

Notice is hereby given that <u>Adolfo Paulino</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ] _____ (specify)

entered in this action on <u>4/6/06</u>.

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]    (date)

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    No [ ___ ]

Date <u>April 13, 2006</u>

TO: James Filan, Asst. U.S. Attorney
915 Lafayette Boulevard
Bridgeport, CT 06606

Thomas P. Belsky, Asst. Federal Defender
(Counsel for Appellant)
Address: 2 Whitney Avenue
New Haven, CT 06510

Telephone Number: (203) 498-4200

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ► QUESTIONNAIRE | ►TRANSCRIPT ORDER ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings     Dates<br>[ ___ ] Trial<br>[ X ] Sentencing 4/6/06<br>[ ___ ] Post-trial proceedings |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ►
Method of payment    [ ___ ] Funds [ X ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _____    DATE 12 Apr 06

► COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____    Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02