```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :    CRIM. NO. 3:02CR366 (CFD)
                              :
v.                            :
                              :
ADOLFO PAULINO                :    APRIL 24, 2006
```

### MOTION TO DISMISS COUNT
### TWO OF THE SUPERSEDING INDICTMENT

The United States, through the undersigned Assistant United States Attorney, respectfully moves to dismiss Count Two of the Superseding Indictment in accordance with representations made at the time of the guilty plea and sentencing of the defendant in this matter.

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
>
> JAMES K. FILAN, JR.
> ASSISTANT UNITED STATES ATTORNEY
> 915 LAFAYETTE BOULEVARD
> BRIDGEPORT, CONNECTICUT 06604
> (203) 696-3000
> FEDERAL BAR NO. ct15565

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing was sent via email on this date, to:

Thomas P. Belsky, Esq.
Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

    Dated at Bridgeport, Connecticut this 24th day of April, 2006.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY