

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02CR366 (CFD) |
| v. | : | |
| ADOLFO PAULINO | : | APRIL 24, 2006 |

**MOTION TO DISMISS COUNT
TWO OF THE SUPERSEDING INDICTMENT**

The United States, through the undersigned Assistant United States Attorney, respectfully moves to dismiss Count Two of the Superseding Indictment in accordance with representations made at the time of the guilty plea and sentencing of the defendant in this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565