UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR00363(CFD) |
| | : | USCA NO. 06-0216-CR |
| ADOLFO PAULINO | : | |
| | : | May 12, 2006 |

## INDEX TO RECORD ON APPEAL

 **Document No.**

Indictment (12/18/02) .................................................. 1

Superseding Indictment (6/18/03) ........................................ 35

Information (12/04/03) ................................................. 90

Plea Agreement (12/04/03) .............................................. 40

Sentencing Memorandum by Adolfo Paulino (8/16/05) ...................... 216

Sentencing Memorandum by USA (10/18/05) ................................ 227

Supplemental Sentencing Memorandum by Adolfo Paulino (3/7/06) .......... 248

Supplemental Sentencing Memorandum by USA (3/14/06) .................... 249

Supplemental Reply Sentencing Memorandum by Adolfo Paulino (4/04/06) ... 253

Judgment (4/13/06) .................................................... 255

Notice of Appeal by Adolfo Paulino (4/19/06) .......................... 256

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been mailed to James K. Filan, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 12th day of May 2006.

Thomas P. Belsky