UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR366(CFD) |
| ADOLFO PAULINO : | AUGUST 16, 2006 |

### MOTION TO RETURN PASSPORT

Defendant, Adolfo Paulino, through counsel, Thomas P. Belsky, respectfully moves this Court for an order directing the Clerk to return to him his passport, surrendered to the Clerk as a condition of his release in this case. In support of this motion, defendant states:

1. On May 7, 2003, the defendant was arrested and detained;

2. On May 13 , 2003, the defendant was released pursuant to an appearance bond.

3. On December 4, 2003, the defendant entered a plea of guilty, at which time he was remanded to custody of the United States Marshal pending sentencing

4. On April 6, 2006, the defendant was sentenced and was placed in custody with the Bureau of Prisons.

WHEREFORE, defendant, Adolfo Paulino, moves this Court for an order directing the Clerk to return to him the passport in the custody of the Clerk.

Respectfully submitted,

THE DEFENDANT,
ADOLFO PAULINO

THOMAS G. DENNIS
FEDERAL PUBLIC DEFENDER

Dated: AUGUST 16, 2006

Thomas P. Belsky
Asst. Federal Public Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

<a>
</a>

- 2 -

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing MOTION TO RETURN PASSPORT has been mailed to James Filan, Assistant United States Attorney, 915 Lafayette Boulevard, Bridgeport, CT 06510, on this 16th day of August, 2006.

_____
Thomas P. Belsky