UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:02CR366 (CFD) |
| v. | : | |
| ADOLFO PAULINO | : | SEPTEMBER 22, 2006 |

**MOTION TO DISMISS COUNTS ONE AND
TWO OF THE ORIGINAL INDICTMENT**

The United States, through the undersigned Assistant United States Attorney, respectfully moves to dismiss Counts One and Two of the Original Indictment [Docket Entry 1, filed December 18, 2002], in light of the Superseding Indictment [Docket Entry 35], filed on June 18, 2003.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct03467
For: JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565

CERTIFICATION

This is to certify that a copy of the foregoing was sent via electronic mail on this date, to:

Sarah Russell, Esq.
Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

Dated at Bridgeport, Connecticut this 22nd day of September, 2006.

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY