UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :     CRIM. NO. 3:02CR366 (CFD)
v.                           :
ADOLFO PAULINO               :     SEPTEMBER 22, 2006

## MOTION TO DISMISS COUNTS ONE AND TWO OF THE ORIGINAL INDICTMENT

The United States, through the undersigned Assistant United States Attorney, respectfully moves to dismiss Counts One and Two of the Original Indictment [Docket Entry 1, filed December 18, 2002], in light of the Superseding Indictment [Docket Entry 35], filed on June 18, 2003.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct03467

For: JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565

GRANTED. Counts One and Two of the original indictment [Docket Entry 1] are DISMISSED. So ordered.

Christopher F. Droney
United States District Judge
9/26/06